UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART INDUSTRIES, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10655-DPW<br>  (Boarhead Farm)<br>NO. 1:04-CV-10968-DPW<br>  (Uniontown Landfill) |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL
CERTAIN BLACK & DECKER FILINGS CONCERNING ITS
MOTION FOR SUMMARY JUDGMENT REGARDING
THE BOARHEAD FARM AND UNIONTOWN LANDFILL SITES**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file under seal Black & Decker's Memorandum In Support Of Its Motion For Summary Judgment Regarding The Boarhead Farm and Uniontown Landfill Sites, the Appendix to said memorandum and the Statement Of Material Facts As To Which There Is No Genuine Dispute in support of the summary judgment motion. Said filings contain or refer to confidential documents produced by the parties pursuant to protective orders designed to ensure the confidentiality of said documents. Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of the memorandum, appendix and statement of facts, filed in connection with its summary judgment motion.

Black & Decker also requests that the Court maintain said documents under seal until this action is closed and, thereafter, that said documents be returned to counsel.

By their attorneys,

Dated: November 10, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
James J. Nicklaus, BBO# 564806
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470