UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE BLACK & DECKER CORPORATION, ) <br> BLACK & DECKER, INC., BLACK & DECKER ) <br> (U.S.) INC., EMHART CORPORATION, and ) <br> EMHART INDUSTRIES, INC., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 96-10804-DPW <br> NO. 1:04-CV-10655-DPW <br>    (Boarhead Farm) <br> NO. 1:04-CV-10968-DPW <br>    (Uniontown Landfill) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Black & Decker's Memorandum in Support of its Motion for Summary Judgment Regarding The Boarhead Farm and Uniontown Landfill Sites;

- Appendix to Black & Decker's Memorandum in Support of its Motion for Summary Judgment Regarding The Boarhead Farm and Uniontown Landfill Sites; and

- Black & Decker's Statement of Material Facts as to Which There is No Genuine Dispute Regarding The Boarhead Farm and Uniontown Landfill Sites.

The original documents are maintained in the case file in the Clerk's Office.

Dated: November 10, 2004
/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
James J. Nicklaus, BBO# 564806
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470