UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) | CIVIL ACTION |
| ) | NO. 96-10804-DPW |
| ) | NO. 1:04-CV-10655-DPW |
| Plaintiff, ) | (Boarhead Farm) |
| ) | NO. 1:04-CV-10968-DPW |
| v. ) | (Uniontown Landfill) |
| ) | |
| THE BLACK & DECKER CORPORATION, ) | |
| BLACK & DECKER, INC., BLACK & DECKER ) | |
| (U.S.) INC., EMHART CORPORATION, and ) | |
| EMHART INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING WITH CLERK'S OFFICE REGARDING
THE BOARHEAD FARM AND UNIONTOWN LANDFILL SITES**

Notice is hereby given that the following document has been manually filed under seal with the Court and is available in paper form only.

- Reply Memorandum in Support of Black & Decker's Motion For Summary Judgment Regarding The Boarhead Farm And Uniontown Landfill Sites.

The original document is maintained in the case file in the Clerk's Office.

Dated: December 20, 2004          /s/ Jack R. Pirozzolo
                                   Jack R. Pirozzolo, BBO# 400400
                                   Richard L. Binder, BBO# 043240
                                   Willcox, Pirozzolo & McCarthy
                                   Professional Corporation
                                   50 Federal Street
                                   Boston, Massachusetts  02110
                                   (617) 482-5470